AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00173 |
| William George Knight | ) Assigned to: Judge Upadhyaya, Moxila A. |
|  | ) Assign Date: 5/15/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __William George Knight__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assault on a Federal Officer;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings .

Date: __05/15/2024__                                         _/s/ M.A. Upadhyaya_
                                                              *Issuing officer's signature*

City and state:   __Washington, D.C.__           __Moxila A. Upadhyaya, U.S. Magistrate Judge__
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* __5/26/24__, and the person was arrested on *(date)* __5/26/24__
at *(city and state)* __RAPID CITY, SD__.

Date: __5/28/24__                                         _[signature] 860_
                                                              *Arresting officer's signature*

                                                              __Police Officer RCPD 860__
                                                              *Printed name and title*

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Daneta Wollmann United States Magistrate Judge Presiding

| Courtroom Deputy - JMS<br>Courtroom - RC #2<br>U.S. Probation Officer –Jack DiPasquale | Court Reporter – FTR<br>Date: May 29, 2024 |
|---|---|

### 5:24-mj-83-01

| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>William Knight<br><br>Defendant. | Benjamin Patterson<br><br><br><br><br><br>Jennifer Albertson |
|---|---|

TIME HEARING SCHEDULED TO BEGIN: 1:20 p.m.
TIME:

1:26 p.m.        Enter <u>initial appearance, detention hearing</u> before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel. The defendant is present in custody.
The defendant is provided a copy of the warrant and charging document.
Mr. Patterson reads the charges in the complaint and the maximum fines and penalties.
The defendant was informed of his rights.

The Court enters an Oral Order appointing Federal Public Defender Jennifer Albertson to represent the defendant.

The defendant waives the identity hearing and the preliminary hearing.

Mr. Patterson requests home detention with monitoring.
Ms. Albertson requests released on conditions.

The Court enters a personal recognizance bond.

Mr. Patterson objects to not including GPS monitoring.

1:57 p.m.        Court is adjourned.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:24-mj-0083 |
| WILLIAM GEORGE KNIGHT | ) | |
| | ) | Charging District's Case No. CR1:24-MJ-00173 |
| *Defendant* | ) | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___District of Columbia___.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5-29-24

*Defendant's signature*

*Signature of defendant's attorney*

Jennifer Albertson
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM KNIGHT,<br><br>Defendant. | 5:24-MJ-00083-DW<br><br><br>ORDER SETTING CONDITIONS OF RELEASE |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state, local, or tribal law while on release in this case.

(2) The defendant ~~shall immediately advise pretrial services, the U.S. Attorney's Office and defense counsel in writing of any change in address or telephone number.~~ *reside at a residence preapproved by pretrial services. dlw*

(3) The defendant shall maintain regular contact with his counsel and promptly respond to any inquiries from counsel.

(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

(5) The defendant shall cooperate in the collection of a DNA sample as authorized by statute.

(6) The defendant shall not possess a firearm, destructive device, live ammunition, or other dangerous weapon.

(7) The defendant shall not use or possess alcohol, ~~or other intoxicant, and shall not enter any bars, liquor stores, or any establishment whose principal business is the sale of alcohol.~~ *dlw*

(8) The defendant shall not use or possess any narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(9) The defendant agrees to submit to any random testing required by pretrial services to ensure that he has not used alcohol or drugs, and the defendant agrees not to take any steps designed to interfere with or mask the results of such testing.

(10) The defendant shall not make contact, direct or indirect, with any person who may be a witness, co-defendant, or victim in this case or in any related case.

(11) The defendant shall report to pretrial services as directed by that office.

(12) The defendant shall immediately report to pretrial services any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(13) ~~The defendant shall answer truthfully all inquiries by pretrial services and follow the instructions of pretrial services.~~ *dlw*

(14) *You shall abide by a curfew of ~~9:00~~ 10:00pm – 4:30am.* *dlw*

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

### Directions to United States Marshal

(X) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

DATED this 29th day of May, 2024.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case Number: 5:24-mj-83-DW |
|---|---|
| Plaintiff, | Case No. Pending in the District of Columbia: 24-MJ-173 |
| vs. | |
| WILLIAM KNIGHT | REPORT AND ORDER ON PROCEEDINGS UNDER RULES 5(c)(3) AND 5.1 |
| Defendant. | |

The defendant is charged in the District of Columbia in a Criminal Complaint. The defendant has been arrested in this district on a warrant issued in the District of Columbia and has appeared before me for proceedings as follows:

**Rule 5(c)(3) Transfer**

☑ The government has produced a copy of the warrant, and

☐ The defendant elected to have an identity hearing in the district where the prosecution is pending.

**Rule 5.1   Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.

☑ The defendant waived a preliminary hearing

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3) Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing

☐     The defendant elected to have a detention hearing in the district where the prosecution is pending.

☑     The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

         ☐     The defendant should be detained
         ☑     The defendant should be released on bond.

**ORDER ENTERED ON REPORT:**

TO THE UNITED STATES MARSHAL:

☐     You are commanded to transfer the above-named defendant forthwith to the district in which the defendant is charged and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant.

☑     IT IS ORDERED that this defendant be discharged from custody, subject to the conditions in the Order Setting Conditions of Release.

Dated this 29th day of May, 2024.

                             BY THE COURT:

                             _/s/ Daneta Wollmann_
                             DANETA WOLLMANN
                             UNITED STATES MAGISTRATE JUDGE

CLOSED

# U.S. District Court
# District of South Dakota (Western Division)
# CRIMINAL DOCKET FOR CASE #: 5:24-mj-00083-DW All Defendants

Case title: USA v. Knight                                    Date Filed: 05/28/2024

Date Terminated: 05/29/2024

Assigned to: US Magistrate Judge Daneta Wollmann

**Defendant (1)**

**William Knight**                         represented by   **Jennifer R. Albertson**
*TERMINATED: 05/29/2024*                                    Federal Public Defender's Office
                                                            655 Omaha Street, Suite 100
                                                            Rapid City, SD 57701
                                                            (605) 343-5110
                                                            Fax: (605) 343-1498
                                                            Email: jenn_albertson@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Federal Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Transfer Out | |

**Plaintiff**

USA represented by **Benjamin D. Patterson**
U.S. Attorney's Office (Rapid City, SD)
515 Ninth Street, Room 201
Rapid City, SD 57701
(605) 342-7822
Fax: (605) 342-1108
Email: ben.patterson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/28/2024 | 1 | COMPLAINT under Rule 5 - OUT. Original Jurisdiction: District of District of Columbia - their case number 24-mj-173 as to William Knight (1). (Attachments: # 1 Sealed Statement) (CLR) (Entered: 05/28/2024) |
| 05/28/2024 |  | Attorney update in case as to William Knight. Attorney Jennifer R. Albertson for William Knight added. Set/Reset Hearings as to William Knight: (Initial Appearance set for 5/29/2024 at 01:20 PM in Rapid City Courtroom 2 before US Magistrate Judge Daneta Wollmann.) (CLR) (Entered: 05/28/2024) |
| 05/29/2024 | 2 | Final BAIL Report as to William Knight. In a multi-defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (sjl) (Entered: 05/29/2024) |
| 05/29/2024 | 3 | Minute Entry for proceedings held before US Magistrate Judge Daneta Wollmann: Initial Appearance as to William Knight held on 5/29/2024. Detention Hearing as to William Knight held on 5/29/2024<br><br>**TEXT ORDER. Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence--that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.** (Court Reporter: FTR) (JMS) (Entered: 05/29/2024) |
| 05/29/2024 | 4 | ORDER Setting Conditions of Release as to William Knight. Signed by US Magistrate Judge Daneta Wollmann on 05/29/2024. (JMS) (Entered: 05/29/2024) |
| 05/29/2024 | 5 | CJA 23 Financial Affidavit signed by William Knight. (JMS) (Entered: 05/29/2024) |
| 05/29/2024 | 6 | TEXT ORDER Appointing Federal Public Defender as to William Knight (1). Signed by US Magistrate Judge Daneta Wollmann on 05/29/2024. (JMS) (Entered: 05/29/2024) |
| 05/29/2024 | 7 | WAIVER of RULE 5 & 5.1 Hearings signed by William Knight. (JMS) (Entered: 05/29/2024) |
| 05/29/2024 | 8 | REPORT AND ORDER ON PROCEEDINGS UNDER 5(c)(3) AND 5.1 as to William Knight Signed by US Magistrate Judge Daneta Wollmann on 05/29/2024. (JMS) (Entered: 05/29/2024) |
| 05/29/2024 | 9 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to William Knight. Your case number is: 1:24-mj-00173. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number |

link. The following documents are available on the public docket: 6 Text Order Appointing Attorney, 8 Order, 5 Financial Affidavit - CJA23, 7 Waiver, 1 Complaint under Rule 5 - Out to Other Jurisdiction, 4 Order Setting Conditions of Release. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_SDD@sdd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) Case Terminated. (JMS) (Entered: 05/29/2024)